Order issued September 24, 2012



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-12-00442-CV

**AMERICA FIRST LLOYD'S INSURANCE CO., Appellant**

**V.**

**HARTFORD LLOYD'S INSURANCE CO., Appellee**

## ORDER

We **GRANT** appellee's September 18, 2012 second unopposed motion for an extension of time to file a brief. Appellee shall file its brief on or before October 12, 2012. We caution appellee that no further extension will be granted absent extraordinary circumstances.

CAROLYN WRIGHT
CHIEF JUSTICE